■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD CARY SPIVACK, on Behalf of JERREL LOWERY, Petitioner, v JOSEPH PONTE et al., Respondents. [22 NYS3d 888]—Writ of habeas corpus in the nature of an application for the release of Jerrel Lowery pursuant to CPL 30.30 (2) (a) upon Queens County indictment No. 3184/13. Application by the petitioner to waive the filing fee.

Ordered that the application is granted and the filing fee is waived; and it is further,

Adjudged that the writ is dismissed, without costs or disbursements.

The People are chargeable with less than 90 days of delay in bringing Jerrel Lowery to trial on Queens County indictment No. 3184/13 (*see* CPL 30.30 [2] [a]; [4] [a]-[g]). Accordingly, Jerrel Lowery is not entitled to release pursuant to CPL 30.30 (2) (a), and the writ of habeas corpus must be dismissed. Dillon, J.P., Roman, Sgroi and Miller, JJ., concur.